

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-24-00150-CV

---

TAC Total Automation Controls, INC., TAC Insumos Industriales,
S. De R.L. De C.V., Carlos Pablo Lara Elias, and Luis Ernesto Martinez Ontiveros, Appellants

v.

MSC Industrial Supply, S. De R.L. De C.V. and MSC Import Export LLC, Appellees

---

On Appeal from the 34th District Court
El Paso County, Texas
Trial Court No. 2023-DCV1459

---

### SUBSTITUTE JUDGMENT

The June 30, 2025 judgment of the Court issued is withdrawn and the following is the now

judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the

judgment. We affirm the trial court's order denying the motion to compel arbitration and remand

to the trial court to conduct further proceedings in accordance with our opinion. We further order

that Appellees recover from Appellants all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 14th day of October 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ